UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GRACIELA DONCOUSE,

                         **Plaintiff,**                  22-CV-09740 (PAE)(SN)

      -against-                                     **ORDER**

MATES GLOBAL LTD, et al.,

                        **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On December 9, 2022, Plaintiff filed affidavits of service for both Defendants. ECF Nos. 6, 7. As of today, Defendants have not filed a notice of appearance, responsive pleading, or any other motion. No later than March 1, 2023, Plaintiff shall file a letter informing the Court whether Plaintiff has been in contact with Defendants or made any efforts to confirm receipt of service. The letter should also state whether Plaintiff intends to move for default judgment.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     February 23, 2023
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2023